# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: RENO TAHOE DELIVERY INC. § Case No. 18-50871
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Christina W. Lovato, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $19,106.00                   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,247.51    Claims Discharged
                                               Without Payment: $183,377.86

Total Expenses of Administration: $88,209.81

3) Total gross receipts of $ 118,457.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $118,457.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 90,314.76 | 88,209.81 | 88,209.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 25.00 | 2,761.81 | 2,827.76 | 2,827.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,344.32 | 179,119.29 | 179,119.29 | 27,419.75 |
| **TOTAL DISBURSEMENTS** | $84,369.32 | $272,195.86 | $270,156.86 | $118,457.32 |

4) This case was originally filed under Chapter 7 on August 06, 2018. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2020   By: /s/Christina W. Lovato
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 International Truck (26 foot box) | 1129-000 | 2,500.00 |
| 2008 GMC Truck (16 foot box) | 1129-000 | 1,600.00 |
| A/R - ACCOUNTS RECEIVABLE | 1121-000 | 43,802.30 |
| Retrieval Fee for Customers Claiming Goods | 1290-000 | 14,225.00 |
| SALE OF BAILOR'S GOODS NOT RETRIEVED | 1290-000 | 11,596.00 |
| SALE OF WAYFAIR GOODS NOT RETRIEVED | 1290-000 | 34,941.00 |
| Insurance Refund - General Liability | 1229-000 | 54.23 |
| Ricoh Printer | 1229-000 | 150.00 |
| REFUND OF UNEMPLOYMENT OVERPAYMENT | 1224-000 | 6,591.15 |
| SECURITY SYSTEM ACCOUNT REFUND | 1229-000 | 56.94 |
| REFUND OF MBT OVERPAYMENT | 1224-000 | 2,940.70 |
| **TOTAL GROSS RECEIPTS** | | **$118,457.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Christina Lovato Ltd. | 2100-000 | N/A | 9,172.87 | 9,172.87 | 9,172.87 |
| Trustee Expenses - Christina Lovato Ltd. | 2200-000 | N/A | 1,030.19 | 1,030.19 | 1,030.19 |
| Other - Westcore II Reno Portfolio, LLC | 2410-000 | N/A | 3,242.14 | 3,242.14 | 3,242.14 |
| Other - AMERICAN DOCUMENT DESTRUCTION, INC. | 2420-000 | N/A | 266.00 | 266.00 | 266.00 |
| Other - Auctions Buy Sammy B | 2420-000 | N/A | 190.00 | 190.00 | 190.00 |
| Other - Utility Telecom Group, LLC | 2420-000 | N/A | 111.45 | 111.45 | 111.45 |
| Other - Nevada Recycling & Salvage, LLC | 2420-000 | N/A | 140.00 | 140.00 | 140.00 |
| Other - WAYFAIR LLC | 2990-000 | N/A | 10,516.73 | 10,516.13 | 10,516.13 |
| Other - Lee High, Ltd. | 3210-000 | N/A | 42,087.00 | 39,982.65 | 39,982.65 |
| Other - Lee High, Ltd. | 3220-000 | N/A | 516.29 | 516.29 | 516.29 |
| Other - Evans, Nelson & Company, CPAs | 3410-000 | N/A | 2,520.00 | 2,520.00 | 2,520.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Auctions Buy Sammy B | 3610-000 | N/A | 4,964.12 | 4,964.12 | 4,964.12 |
| Other - ADT Security Services | 2420-000 | N/A | 46.98 | 46.98 | 46.98 |
| Other - NV Energy | 2420-000 | N/A | 230.81 | 230.81 | 230.81 |
| Other - NV Energy | 2420-000 | N/A | 113.90 | 113.90 | 113.90 |
| Other - FIRST Insurance Funding | 2420-000 | N/A | 261.81 | 261.81 | 261.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.70 | 32.70 | 32.70 |
| Auctioneer for Trustee Fees (including buyers premiums) - Jimsammoney, Inc. | 3610-000 | N/A | 10,482.30 | 10,482.30 | 10,482.30 |
| Auctioneer for Trustee Fees (including buyers premiums) - Jimsammoney, Inc. | 3610-000 | N/A | 615.00 | 615.00 | 615.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Jimsammoney, Inc. | 3610-000 | N/A | 3,478.80 | 3,478.80 | 3,478.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.39 | 71.39 | 71.39 |
| Auctioneer for Trustee Fees (including buyers premiums) - Auctions "Buy" Sammy B | 3610-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.83 | 71.83 | 71.83 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 22.45 | 22.45 | 22.45 |
| Other - American Document Destruction, Inc. | 2420-000 | N/A | 75.00 | 75.00 | 75.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$90,314.76** | **$88,209.81** | **$88,209.81** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept. of the U.S. Treasury | 5300-000 | N/A | N/A | 38.58 | 38.58 |
| | Dept. of the U.S. Treasury | 5300-000 | N/A | N/A | 3.73 | 3.73 |
| | Dept. of the U.S. Treasury | 5300-000 | N/A | N/A | 9.02 | 9.02 |
| | State of Nevada - DETR | 5800-000 | N/A | N/A | 18.35 | 18.35 |
| | Dept. of the U.S. Treasury | 5800-000 | N/A | N/A | 38.58 | 38.58 |
| | Dept. of the U.S. Treasury | 5800-000 | N/A | N/A | 9.02 | 9.02 |
| 1 | Washoe County Treasurer | 5800-000 | unknown | 39.05 | 39.05 | 39.05 |
| 7 | Dept of Employment Training & Rehab | 5800-000 | unknown | 2,100.58 | 2,100.58 | 2,100.58 |
| 9 -2 | TONY IMPERATO | 5300-000 | N/A | 500.00 | 458.75 | 458.75 |
| 11 | RYAN B. VALLAS | 5300-000 | N/A | 122.18 | 112.10 | 112.10 |
| NOTFILED | City of Sparks | 5200-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Nevada Department of | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Nevada - Sales/Use | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $25.00 | $2,761.81 | $2,827.76 | $2,827.76 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | VILLAGE INTERIOR LTD | 7100-000 | N/A | 2,037.95 | 2,037.95 | 311.97 |
| 3 | Penske Truck Leasing Co., L.P. | 7100-000 | 28,200.00 | 25,479.66 | 25,479.66 | 3,900.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Snider Leasing Corp. | 7100-000 | 24,491.00 | 15,284.87 | 15,284.87 | 2,339.82 |
| 5 | U.S. Bank National Association | 7100-000 | N/A | 25,022.76 | 25,022.76 | 3,830.51 |
| 6 | NANCY HENDERSON | 7100-000 | N/A | 574.00 | 574.00 | 87.87 |
| 8 | LIDO INTERIORS | 7100-000 | N/A | 2,338.38 | 2,338.38 | 357.96 |
| 10 | NEVADA RECYCLING & SALVAGE | 7100-000 | N/A | 140.00 | 140.00 | 21.43 |
| 12 | Westcore II Reno Portfolio, LLC, | 7100-000 | N/A | 105,538.60 | 105,538.60 | 16,155.95 |
| 13 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | N/A | 2,703.07 | 2,703.07 | 413.79 |
| NOTFILED | Alhambra Water | 7100-000 | 38.63 | N/A | N/A | 0.00 |
| NOTFILED | ADT SECURITY SERVICES | 7100-000 | 46.98 | N/A | N/A | 0.00 |
| NOTFILED | Benchmark Insurance Attn; Bankruptcy | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | NV ENERGY | 7100-000 | 344.71 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Attn: Bankruptcy | 7100-000 | 24,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Sinclair Attn: Bankruptcy | 7100-000 | 6,300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$84,344.32** | **$179,119.29** | **$179,119.29** | **$27,419.75** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.  

**Period Ending:** 04/08/20

**Trustee:** (480026)  Christina W. Lovato  
**Filed (f) or Converted (c):** 08/06/18 (f)  
**§341(a) Meeting Date:** 09/06/18  
**Claims Bar Date:** 11/19/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2013 International Truck (26 foot box)<br>    SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34). | 15,000.00 | 15,000.00 | | 2,500.00 | FA |
| 2 | 2008 GMC Truck (16 foot box)<br>    SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34). | 6,000.00 | 6,000.00 | | 1,600.00 | FA |
| 3 | Checking Account<br>    Account in negative status at closing. | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account<br>    Account in negative status at closing. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | overpayment of 2017 corporate taxes: IRS is refu<br>    PER DEBTOR AND DEBTOR'S COUNSEL, THIS ASSET WAS DESCRIBED INCORRECTLY.  THE REFUND DUE IS ACTUALLY FROM STATE OF NEVADA UNEMPLOYMENT PROGRAM, NOT IRS. TRUSTEE RECEIVED THE REFUND AND IT IS DESCRIBED UNDER ASSET #18. | 8,006.00 | 0.00 | | 0.00 | FA |
| 6 | RenoTahoeDelivery.com<br>    NOT ANTICIPATED TO HAVE SALES VALUE. | Unknown | 0.00 | | 0.00 | FA |
| 7 | A/R - ACCOUNTS RECEIVABLE<br>    IF NOT COLLECTED DURING RETRIEVAL PROCESS, COLLECTION LETTERS MAILED ON 9/7/18 AND 9/11/18. | 76,682.00 | 76,682.00 | | 43,802.30 | FA |
| 8 | 4 large office desks, 3 filing cabinets<br>    SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34).  PROCEEDS INCLUDED IN BULK SALE OF ASSET #14. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9 | 4 desktop pc's,2 dell printers<br>    SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34).  PROCEEDS INCLUDED IN BULK SALE AUCTION OF ASSET #13.  THE COMPUTER TOWERS WERE RETAINED BY TRUSTEE FOR RECORDS. | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | Work in progress: about 30 jobs/storage<br>    ITEMS STORED IN PROGRESS ARE NOT | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.  

**Period Ending:** 04/08/20

**Trustee:** (480026) Christina W. Lovato  
**Filed (f) or Converted (c):** 08/06/18 (f)  
**§341(a) Meeting Date:** 09/06/18  
**Claims Bar Date:** 11/19/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | OWNED BY DEBTOR; DEBTOR IS EFFECTIVELY THE BAILEE. CHARGES TO BAILORS FOR RETRIEVAL ARE REFLECTED UNDER ASSET #13. | | | | | |
| 11 | Customer List<br>  CUSTOMER LIST HAS NO ASSESSABLE SALES VALUE.  MOST CUSTOMERS ARE USING FORMER EMPLOYEE'S NEW DELIVERY BUSINESS. | Unknown | 0.00 | | 0.00 | FA |
| 12 | Misc. Tools, pads, hand trucks, other misc..<br>  SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34).  PROCEEDS INLCUDED UNDER BULK SALE AT AUCTION UNDER ASSET #14. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13 | Retrieval Fee for Customers Claiming Goods  (u)<br>  RETREIVAL FEE COLLECTED PURSUANT TO ORDER ENTERED 08/27/18 (DE 34). | 0.00 | 10,000.00 | | 14,225.00 | FA |
| 14 | SALE OF BAILOR'S GOODS NOT RETRIEVED  (u)<br>  SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34). | 0.00 | 5,000.00 | | 11,596.00 | FA |
| 15 | SALE OF WAYFAIR GOODS NOT RETRIEVED  (u)<br>  SOLD AT AUCTION ON 9/1/18 PURSUANT TO ORDER ENTERED 08/27/18 (DE 34).  PROCEEDS SPLIT BETWEEN WAYFAIR AND ESTATE PURSUANT TO STIPULATED ORDER DATED 08/30/18 (DE 43). | 0.00 | 10,000.00 | | 34,941.00 | FA |
| 16 | Insurance Refund - General Liability  (u) | 0.00 | 54.23 | | 54.23 | FA |
| 17 | Ricoh Printer  (u)<br>  Leased asset; Lessor abandoned and sold at later date by auction. | 0.00 | 0.00 | | 150.00 | FA |
| 18 | REFUND OF UNEMPLOYMENT OVERPAYMENT (u) | 0.00 | 6,591.15 | | 6,591.15 | FA |
| 19 | SECURITY SYSTEM ACCOUNT REFUND  (u) | 0.00 | 56.94 | | 56.94 | FA |
| 20 | REFUND OF MBT OVERPAYMENT  (u)<br>  MBT OVERPAY REFUND | 0.00 | 0.00 | | 2,940.70 | FA |
| **20** | **Assets   Totals** (Excluding unknown values) | **$116,788.00** | **$138,384.32** | | **$118,457.32** | **$0.00** |

Printed: 04/08/2020 04:45 PM    V.14.66

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.

**Period Ending:** 04/08/20

**Trustee:** (480026) Christina W. Lovato  
**Filed (f) or Converted (c):** 08/06/18 (f)  
**§341(a) Meeting Date:** 09/06/18  
**Claims Bar Date:** 11/19/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

07/10/19 DISTRO MAILED  
05/14/19 EMAILED TFR FOR REVIEW; SET COMPENSATION HRG ONCE DOCKETED  
04/29/19 DESTROYED HARD DRIVES AND PAID ADD; T. NELSON ADVISES NO IMPACT TO 2019 FIT FOR MBT REFUND  
04/15/19 HRG THIS WEEK ON ENC FEES; EMAILED COPY OF MBT REFUND TO T NELSON; PENDNG HIS REVIEW ON TAX CONSEQUENCE  
03/05/19 FINAL ISSUE IS PREPARATION OF FINAL 2018 TAX RETURN; MEETING WITH T. NELSON ON 3/6 TO DISCUSS RETURN.  UPDATED EXPENSES AND CLAIMS.  
09/12/18 CONT'D 341 SCHEDULED FOR 10/5  
08/16/18 FILED NOTICE OF ASSETS; MAILED AND EMAILED NOTICES TO CLIENTS FOR RETRIEVAL

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018         **Current Projected Date Of Final Report (TFR):**    May 30, 2019   (Actual)

Printed: 04/08/2020 04:45 PM    V.14.66

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.  

**Trustee:** Christina W. Lovato (480026)  
**Bank Name:** Mechanics Bank  
**Account:** ******7566 - Checking Account  

**Taxpayer ID #:** **-***6344  
**Period Ending:** 04/08/20  

**Blanket Bond:** $31,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/13/18 | {7} | Myra Hoefer Design, Inc. | Invoice 9013 | 1121-000 | 200.00 | | 200.00 |
| 08/13/18 | {7} | Talie Jane Interiors Corp. | Invoice 9005 | 1121-000 | 200.00 | | 400.00 |
| 08/13/18 | {7} | Dinallo Designs, Inc. | Invoice 9015 | 1121-000 | 225.00 | | 625.00 |
| 08/13/18 | {7} | Gary Michael Truitt and Kay Lee Truitt | Invoice 9009 | 1121-000 | 1,350.00 | | 1,975.00 |
| 08/13/18 | {7} | Walton Architecture & Engineering, Inc. | Invoices #7946, 8041, 8072 and 9010 | 1121-000 | 3,262.50 | | 5,237.50 |
| 08/14/18 | 101 | ADT Security Services | Acct #401562546; Service Address 1271 Spice Islands Dr, Sparks; Invoice Dated 7/26/18 (Approved by Order entered 11/2/18, DE 68) | 2420-000 | | 46.98 | 5,190.52 |
| 08/14/18 | 102 | NV Energy | Acct No. 1000228372101054219; 1271 Spice Island Dr, Sparks; Customer #2283721 (Approved by Order Entered 11/2/18, DE 68) | 2420-000 | | 230.81 | 4,959.71 |
| 08/14/18 | 103 | NV Energy | Acct No. 1000228372101054277; 1273 Spice Island Dr., Sparks; Customer #2283721 (Approved by Order Entered 11/2/18, DE 68) | 2420-000 | | 113.90 | 4,845.81 |
| 08/15/18 | {7} | The Michael Thesman Living Trust | Invoice 9020 | 1121-000 | 940.00 | | 5,785.81 |
| 08/21/18 | {7} | H.M. Day | Invoice 9011 | 1121-000 | 250.00 | | 6,035.81 |
| 08/21/18 | {13} | Albers Inc. | Retrieval Fee - Albers | 1290-000 | 250.00 | | 6,285.81 |
| 08/22/18 | | E. Esposito Interiors | Retrieval Fee Esposito + A/R paid in full | | 1,975.00 | | 8,260.81 |
| | {7} | | Corrected A/R - E Esposito Interiors   475.00 | 1121-000 | | | 8,260.81 |
| | {13} | | Retrieval Fee - E. Esposito Interiors   1,500.00 | 1290-000 | | | 8,260.81 |
| 08/24/18 | {13} | Surrina Plemons Interiors, Inc. | Retrieval Fee - Surrina Plemons | 1290-000 | 150.00 | | 8,410.81 |
| 08/24/18 | {13} | Lars G. and Debbie J. Severin | Retrieval Fee - Debra George | 1290-000 | 150.00 | | 8,560.81 |
| 08/24/18 | | Bank of America | Retrieval Fee + A/R - Moxie Studios | | 5,125.00 | | 13,685.81 |
| | {13} | | Retrieval Fee - Moxie   1,500.00 | 1290-000 | | | 13,685.81 |
| | {7} | | A/R Past Due Moxie   3,625.00 | 1121-000 | | | 13,685.81 |
| 08/24/18 | 104 | FIRST Insurance Funding | Account No. 900-7070972; Installment due 09/02/18; Reno Tahoe Delivery, Inc. (Approved by Order Entered 11/2/18, DE 68) | 2420-000 | | 261.81 | 13,424.00 |
| 08/27/18 | {7} | Myra Hoefer Design, Inc. | A/R Paid in Full (Invoice 7980) - Myra Hoefer Design | 1121-000 | 200.00 | | 13,624.00 |
| 08/27/18 | {7} | Precision Logistics Group, Inc. | Invoice 7940 | 1121-000 | 285.00 | | 13,909.00 |
| 08/28/18 | {13} | Guided Home Design | Retrieval Fee - Guided Home Design | 1290-000 | 400.00 | | 14,309.00 |
| 08/28/18 | | Susan Pipal Johnson Sole Prop | Retrieval Fee + A/R - Dragonfly | | 460.00 | | 14,769.00 |
| | {7} | | A/R Paid in Full -   385.00 | 1121-000 | | | 14,769.00 |

Subtotals :   $15,422.50   $653.50

{} Asset reference(s)

Printed: 04/08/2020 04:45 PM   V.14.66

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.

**Taxpayer ID #:** **-***6344  
**Period Ending:** 04/08/20

**Trustee:** Christina W. Lovato (480026)  
**Bank Name:** Mechanics Bank  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $31,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dragonfly | | | | | |
| | {13} | | Retrieval Fee - Dragonfly | 75.00 | 1290-000 | | | 14,769.00 |
| 08/28/18 | | Bank of America | Retrieval Fee + A/R - Cooley and Co. | | | 645.00 | | 15,414.00 |
| | {7} | | A/R Paid in Full - Cooley and Co. | 570.00 | 1121-000 | | | 15,414.00 |
| | {13} | | Retrieval Fee - Cooley and Co. | 75.00 | 1290-000 | | | 15,414.00 |
| 08/28/18 | | Bank of America | Retrieval Fee + A/R - Arcadia | | | 870.00 | | 16,284.00 |
| | {7} | | A/R Paid in Full - Arcadia | 720.00 | 1121-000 | | | 16,284.00 |
| | {13} | | Retrieval Fee - Arcadia | 150.00 | 1290-000 | | | 16,284.00 |
| 08/29/18 | | US Bank | Retrieval Fee + A/R - Macfee | | | 1,570.00 | | 17,854.00 |
| | {7} | | A/R Paid In Full - Macfee | 1,420.00 | 1121-000 | | | 17,854.00 |
| | {13} | | Retrieval Fee - Macfee | 150.00 | 1290-000 | | | 17,854.00 |
| 08/29/18 | | US Bank | Retrieval Fee + A/R - IDEA | | | 2,800.00 | | 20,654.00 |
| | {7} | | A/R Paid in Full - IDEA | 300.00 | 1121-000 | | | 20,654.00 |
| | {13} | | Retreival Fee - IDEA | 2,500.00 | 1290-000 | | | 20,654.00 |
| 08/29/18 | | US Bank | Retrieval Fee + A/R - Aspen Leaf | | | 6,480.00 | | 27,134.00 |
| | {7} | | A/R Paid in Full - Aspen Leaf | 5,480.00 | 1121-000 | | | 27,134.00 |
| | {13} | | Retrieval Fee - Aspen Leaf | 1,000.00 | 1290-000 | | | 27,134.00 |
| 08/29/18 | | US Bank | Retrieval Fee + A/R - 5West | | | 4,030.00 | | 31,164.00 |
| | {7} | | A/R Paid in Full - 5West | 3,530.00 | 1121-000 | | | 31,164.00 |
| | {13} | | Retrieval Fee - 5West | 500.00 | 1290-000 | | | 31,164.00 |
| 08/29/18 | {13} | Great Basin Federal Credit Union | Retrieval Fee - Turnkey | | 1290-000 | 150.00 | | 31,314.00 |
| 08/29/18 | {13} | Chase | Retrieval Fee - Concept Lighting Lab | | 1290-000 | 500.00 | | 31,814.00 |
| 08/29/18 | | Wells Fargo Bank | Retrieval Fee + A/R - Dec Den | | | 469.20 | | 32,283.20 |
| | {13} | | Retrieval Fee - Dec Den | 150.00 | 1290-000 | | | 32,283.20 |
| | {7} | | A/R Paid in Full - Dec Den | 319.20 | 1121-000 | | | 32,283.20 |
| 08/29/18 | {13} | US Bank | Retrieval Fee - Talie Jane | | 1290-000 | 500.00 | | 32,783.20 |
| 08/29/18 | | Workspace Ltd. | Retrieval Fee + A/R - Spaces Design | | | 410.00 | | 33,193.20 |
| | {7} | | A/R Paid in Full - Spaces Design | 160.00 | 1121-000 | | | 33,193.20 |
| | {13} | | Retrieval Fee - Spaces Design | 250.00 | 1290-000 | | | 33,193.20 |
| 08/29/18 | | Wells Fargo Bank | Retrieval Fee + A/R - Stand Out House | | | 169.50 | | 33,362.70 |

Subtotals :          $18,593.70          $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 18-50871 | | Trustee: | Christina W. Lovato (480026) |
|---|---|---|---|---|
| Case Name: | RENO TAHOE DELIVERY INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7566 - Checking Account |
| Taxpayer ID #: | **-***6344 | | Blanket Bond: | $31,000,000.00 (per case limit) |
| Period Ending: | 04/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {13} | | Retrieval Fee - Stand Out House    75.00 | 1290-000 | | | 33,362.70 |
| | {7} | | A/R Paid in Full - Stand Out House    94.50 | 1121-000 | | | 33,362.70 |
| 08/29/18 | | Auctions "Buy" Sammy B | Retrieval Fee + A/R - BKH (paid Auctioneer in Cash) | | 1,912.50 | | 35,275.20 |
| | {7} | | A/R Paid in Full - BKH    412.50 | 1121-000 | | | 35,275.20 |
| | {13} | | Retrieval Fee - BKH    1,500.00 | 1290-000 | | | 35,275.20 |
| 08/31/18 | {13} | Ryan Group Architects | Retrieval Fee 1/2 - Ryan Group | 1290-000 | 1,200.00 | | 36,475.20 |
| 08/31/18 | {13} | Bank of America | Retrieval Fee 2/2 - Ryan Group | 1290-000 | 1,500.00 | | 37,975.20 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 37,965.20 |
| 09/04/18 | {7} | OSNAP, INC. | A/R Paid in Full - ID3 | 1121-000 | 1,615.00 | | 39,580.20 |
| 09/12/18 | {7} | Schneider Enterprise Resource LLC | Partial Payment of Invoices 7977, 7816, 7840 | 1121-000 | 820.00 | | 40,400.20 |
| 09/14/18 | {7} | Diane C Jones Sole Prop | A/R Paid in Full - Diane Jones | 1121-000 | 200.00 | | 40,600.20 |
| 09/14/18 | {7} | Timothy M and Michele D Stull | A/R Paid in Full - Joanne Lucia | 1121-000 | 300.00 | | 40,900.20 |
| 09/14/18 | {7} | Home Outfitters / Mollly Graham | A/R Paid in Full - Molly Graham | 1121-000 | 370.00 | | 41,270.20 |
| 09/17/18 | {7} | Interline | A/R Paid in Full - Scandanavian (Invoice 8097) | 1121-000 | 529.00 | | 41,799.20 |
| 09/19/18 | {7} | Donald Joseph, Inc. | A/R Paid in Full - Donald Joseph (Invoice 8044) | 1121-000 | 475.00 | | 42,274.20 |
| 09/19/18 | {7} | Ruby L Design | A/R Paid in Full - Ruby Living | 1121-000 | 658.00 | | 42,932.20 |
| 09/19/18 | {7} | Barbara Page Interiors, Inc. | A/R Paid in Full - Barabara Page | 1121-000 | 1,450.00 | | 44,382.20 |
| 09/20/18 | {7} | Interline | A/R - referenced 6/3 billing | 1121-000 | 135.98 | | 44,518.18 |
| 09/20/18 | {7} | Interline | A/R - references 6/10, 6/17 and 6/24 billing | 1121-000 | 3,901.00 | | 48,419.18 |
| 09/21/18 | {7} | Cristina Scarborough Designs | A/R Paid in Full - Scarborough Designs (Invoice 9016) | 1121-000 | 275.00 | | 48,694.18 |
| 09/24/18 | {7} | Carmen Grey Interior | A/R Paid in Full - Traditionally Derby (Invoice 2783) | 1121-000 | 175.00 | | 48,869.18 |
| 09/24/18 | {7} | Zalanta Resort at the Village, LLC | A/R Paid in Full - Zalanta (Invoice 7908) | 1121-000 | 700.00 | | 49,569.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.70 | 49,536.48 |
| 10/01/18 | {7} | Savvy Interiors, Inc. | A/R Paid in Full - Savvy Interiors | 1121-000 | 175.00 | | 49,711.48 |
| 10/02/18 | | Jimsammoney, Inc. | Net Proceeds - Wayfair Items Sold at 9/1 Auction (Rpt of Sale DE 48) | | 24,458.70 | | 74,170.18 |
| | {15} | | Gross Sales - 9/1 Auction    34,941.00 | 1290-000 | | | 74,170.18 |
| | | | Commission    -10,482.30 | 3610-000 | | | 74,170.18 |
| 10/04/18 | 105 | WAYFAIR LLC | Payment in Full Pursuant to Order Entered 10/4/18, DE 60 Stopped on 01/03/19 | 2990-000 | | 10,516.73 | 63,653.45 |
| | | | Subtotals : | | $40,850.18 | $10,559.43 | |

{} Asset reference(s)

Printed: 04/08/2020 04:45 PM    V.14.66

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.  
**Taxpayer ID #:** **-***6344  
**Period Ending:** 04/08/20

**Trustee:** Christina W. Lovato (480026)  
**Bank Name:** Mechanics Bank  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $31,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/18 | | Jimsammoney, Inc. | Net Auction Proceeds - Vehicles (Rpt of Sale DE 47) | | 3,485.00 | | 67,138.45 |
| | {2} | | Gross Proceeds - Auction 9/1        1,600.00 | 1129-000 | | | 67,138.45 |
| | {1} | | Gross Proceeds - Auction 9/1        2,500.00 | 1129-000 | | | 67,138.45 |
| | | | Auctioneer Commission        -615.00 | 3610-000 | | | 67,138.45 |
| 10/07/18 | | Jimsammoney, Inc. | Net Auction Proceeds - Furniture (Rpt of Sale DE 47) | | 8,117.20 | | 75,255.65 |
| | {14} | | 11,596.00 | 1290-000 | | | 75,255.65 |
| | | | Auctioneer Commission        -3,478.80 | 3610-000 | | | 75,255.65 |
| 10/22/18 | {7} | Schneider Enterprise Resource LLC | Invoice 7753 | 1121-000 | 180.00 | | 75,435.65 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.39 | 75,364.26 |
| 11/01/18 | {7} | Skyland Drive LLC | A/R Paid in Full (Michael Katz) - Invoice 7964 | 1121-000 | 3,934.62 | | 79,298.88 |
| 11/02/18 | 106 | Utility Telecom Group, LLC | FINAL Payment in Full Acct #130372; ACCT CLOSED; Approved by Order Entered 11/02/18, DE 68 | 2420-000 | | 111.45 | 79,187.43 |
| 11/02/18 | 107 | Nevada Recycling & Salvage, LLC | Inv. #59613 Administrative Claim Approved by Order Entered 11/02/18, DE 68 | 2420-000 | | 140.00 | 79,047.43 |
| 11/02/18 | 108 | Auctions Buy Sammy B | Sale #123/124; Payment in Full for Retrieval Services Approved by Order Entered 11/2/18, DE 69 | 3610-000 | | 4,964.12 | 74,083.31 |
| 11/03/18 | 109 | Icon Reno Property Owner Pool 2 | Administrative Rent Paid in Full Pursuant to Order Entered 11/02/18, DE 68 Stopped on 11/05/18 | 2410-000 | | 3,242.14 | 70,841.17 |
| 11/05/18 | 109 | Icon Reno Property Owner Pool 2 | Administrative Rent Paid in Full Pursuant to Order Entered 11/02/18, DE 68 Stopped: check issued on 11/03/18 | 2410-000 | | -3,242.14 | 74,083.31 |
| 11/09/18 | 110 | Westcore II Reno Portfolio, LLC | Administrative Rent Paid in Full Pursuant to Order Entered 11/02/18, DE 68 | 2410-000 | | 3,242.14 | 70,841.17 |
| 11/13/18 | {7} | Merge Inc | A/R Paid in Full - Merge | 1121-000 | 440.00 | | 71,281.17 |
| 11/13/18 | {7} | Intertwine | A/R Paid in Full - Merge | 1121-000 | 2,287.50 | | 73,568.67 |
| 11/20/18 | {16} | FIRST Insurance Funding | Insurance Refund | 1229-000 | 54.23 | | 73,622.90 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.83 | 73,551.07 |
| 12/03/18 | | Auctions "Buy" Sammy B | Net Proceeds - Ricoh Printer Auction | | 105.00 | | 73,656.07 |
| | {17} | | Gross Auction Proceeds        150.00 | 1229-000 | | | 73,656.07 |
| | | | Commission        -45.00 | 3610-000 | | | 73,656.07 |
| 12/03/18 | {7} | Kerry Bresnahan | A/R Paid in Full - Kerry Nicole LLC | 1121-000 | 267.50 | | 73,923.57 |

Subtotals :    $18,871.05    $8,600.93

{} Asset reference(s)

Printed: 04/08/2020 04:45 PM    V.14.66

Exhibit 9

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.  

**Taxpayer ID #:** **-***6344  
**Period Ending:** 04/08/20  

**Trustee:** Christina W. Lovato (480026)  
**Bank Name:** Mechanics Bank  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $31,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/18 | 111 | AMERICAN DOCUMENT DESTRUCTION, INC. | INV. #108237; DOCUMENT DESTRUCTION APPROVED PER ORDER ENTERED NOVEMBER 2, 2018 (DE 70) | 2420-000 | | 266.00 | 73,657.57 |
| 12/21/18 | {7} | Evan Salt Studio | A/R Paid in Full - Evan Salt Studio | 1121-000 | 510.00 | | 74,167.57 |
| 01/03/19 | 105 | WAYFAIR LLC | Payment in Full Pursuant to Order Entered 10/4/18, DE 60<br>Stopped: check issued on 10/04/18 | 2990-000 | | -10,516.73 | 84,684.30 |
| 01/03/19 | 112 | WAYFAIR LLC | REISSUED CHECK FROM STALE CHECK PROCESSING; PAYMENT IN FULL PER ORDER ENTERED 10/4/18 (DE 60)<br>Stopped on 02/01/19 | 2990-001 | | 10,516.73 | 74,167.57 |
| 01/05/19 | {18} | State of Nevada | Refund of Overpayment Employer Acct #34120700 | 1224-000 | 6,591.15 | | 80,758.72 |
| 01/08/19 | 113 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #18-50871, Bond # 016048576 | 2300-000 | | 22.45 | 80,736.27 |
| 01/08/19 | 114 | Auctions Buy Sammy B | Inv. 125; Payment in Full for Document Retrieval and Storage Pursuant to Order Entered November 2, 2018 (DE 70) | 2420-000 | | 190.00 | 80,546.27 |
| 01/10/19 | 115 | Lee High, Ltd. | First and Final Compensation Paid in Full Pursuant to Order Entered 01/10/19 (DE 90) | | | 40,498.94 | 40,047.33 |
| | | | Expenses paid in full pursuant order entered 01/10/19 (DE 90)    516.29 | 3220-000 | | | 40,047.33 |
| | | | Fees paid in full pursuant to order entered 01/10/19 (DE 90)    39,982.65 | 3210-000 | | | 40,047.33 |
| 02/01/19 | 112 | WAYFAIR LLC | REISSUED CHECK FROM STALE CHECK PROCESSING; PAYMENT IN FULL PER ORDER ENTERED 10/4/18 (DE 60)<br>Stopped: check issued on 01/03/19 | 2990-001 | | -10,516.73 | 50,564.06 |
| 02/01/19 | 116 | WAYFAIR LLC | REISSUED CHECK DUE TO PAYEE LOSS; PAYMENT IN FULL PER ORDER ENTERED 10/4/18 (DE 60) | 2990-000 | | 10,516.13 | 40,047.93 |
| 02/23/19 | {19} | ADT Security Services | Account closure credit refunded | 1229-000 | 56.94 | | 40,104.87 |
| 04/11/19 | {20} | State of Nevada | MBT Overpay Refund Rec'd April 11, 2019 | 1224-000 | 2,940.70 | | 43,045.57 |
| 04/24/19 | 117 | Evans, Nelson & Company, CPAs | Payment in Full of Fees Approved by Order Entered 4/23/19 (DE 97) | 3410-000 | | 2,520.00 | 40,525.57 |
| 04/29/19 | 118 | American Document Destruction, | INV. #110644; COMPUTER HARD DRIVE (3) | 2420-000 | | 75.00 | 40,450.57 |

Subtotals :    $10,098.79    $43,571.79

{} Asset reference(s)                                                                                                                     Printed: 04/08/2020 04:45 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 18-50871  
**Case Name:** RENO TAHOE DELIVERY INC.  
**Taxpayer ID #:** **-***6344  
**Period Ending:** 04/08/20

**Trustee:** Christina W. Lovato (480026)  
**Bank Name:** Mechanics Bank  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $31,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Inc. | DESTRUCTION APPROVED PER ORDER ENTERED NOVEMBER 2, 2018 (DE 70) | | | | |
| 07/10/19 | 119 | Dept. of the U.S. Treasury | Dividend paid 100.00% on $3.73; Filed: $0.00 for FUTA | 5300-000 | | 3.73 | 40,446.84 |
| 07/10/19 | 120 | TONY IMPERATO | Dividend paid 100.00% on $458.75; Claim# 9-2; Filed: $500.00 | 5300-000 | | 458.75 | 39,988.09 |
| 07/10/19 | 121 | RYAN B. VALLAS | Dividend paid 100.00% on $112.10; Claim# 11; Filed: $122.18 | 5300-000 | | 112.10 | 39,875.99 |
| 07/10/19 | 122 | State of Nevada - DETR | Dividend paid 100.00% on $18.35; Filed: $0.00 for SUI | 5800-000 | | 18.35 | 39,857.64 |
| 07/10/19 | 123 | Washoe County Treasurer | Dividend paid 100.00% on $39.05; Claim# 1; Filed: $39.05 | 5800-000 | | 39.05 | 39,818.59 |
| 07/10/19 | 124 | Dept of Employment Training & Rehab | Dividend paid 100.00% on $2,100.58; Claim# 7; Filed: $2,100.58 | 5800-000 | | 2,100.58 | 37,718.01 |
| 07/10/19 | 125 | VILLAGE INTERIOR LTD | Dividend paid 15.30% on $2,037.95; Claim# 2; Filed: $2,037.95 | 7100-000 | | 311.97 | 37,406.04 |
| 07/10/19 | 126 | Penske Truck Leasing Co., L.P. | Dividend paid 15.30% on $25,479.66; Claim# 3; Filed: $25,479.66 | 7100-000 | | 3,900.45 | 33,505.59 |
| 07/10/19 | 127 | Snider Leasing Corp. | Dividend paid 15.30% on $15,284.87; Claim# 4; Filed: $15,284.87<br>Stopped on 10/22/19 | 7100-000 | | 2,339.82 | 31,165.77 |
| 07/10/19 | 128 | U.S. Bank National Association | Dividend paid 15.30% on $25,022.76; Claim# 5; Filed: $25,022.76 | 7100-000 | | 3,830.51 | 27,335.26 |
| 07/10/19 | 129 | NANCY HENDERSON | Dividend paid 15.30% on $574.00; Claim# 6; Filed: $574.00 | 7100-000 | | 87.87 | 27,247.39 |
| 07/10/19 | 130 | LIDO INTERIORS | Dividend paid 15.30% on $2,338.38; Claim# 8; Filed: $2,338.38 | 7100-000 | | 357.96 | 26,889.43 |
| 07/10/19 | 131 | NEVADA RECYCLING & SALVAGE | Dividend paid 15.30% on $140.00; Claim# 10; Filed: $140.00 | 7100-000 | | 21.43 | 26,868.00 |
| 07/10/19 | 132 | Westcore II Reno Portfolio, LLC, | Dividend paid 15.30% on $105,538.60; Claim# 12; Filed: $105,538.60 | 7100-000 | | 16,155.95 | 10,712.05 |
| 07/10/19 | 133 | Wells Fargo Vendor Financial Services, LLC | Dividend paid 15.30% on $2,703.07; Claim# 13; Filed: $2,703.07 | 7100-000 | | 413.79 | 10,298.26 |
| 07/10/19 | 134 | Christina Lovato Ltd. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 10,203.06 | 95.20 |
| | | | Dividend paid 100.00% on $9,172.87; Claim# ; Filed: $9,172.87 | 2100-000 | | 9,172.87 | 95.20 |

Subtotals :  $0.00  $40,355.37

{} Asset reference(s)  
Printed: 04/08/2020 04:45 PM  V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 18-50871 | | Trustee: | Christina W. Lovato (480026) |
|---|---|---|---|---|
| Case Name: | RENO TAHOE DELIVERY INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7566 - Checking Account |
| Taxpayer ID #: | **-***6344 | | Blanket Bond: | $31,000,000.00  (per case limit) |
| Period Ending: | 04/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00%   1,030.19 on $1,030.19;  Claim# ; Filed: $1,030.19 | 2200-000 | | | 95.20 |
| 07/10/19 | 135 | Dept. of the U.S. Treasury | Combined Check for Claims#et_al. | | | 95.20 | 0.00 |
| | | | Dividend paid 100.00%   9.02 on $9.02;  Claim# ; Filed: $0.00 | 5300-000 | | | 0.00 |
| | | | Dividend paid 100.00%   38.58 on $38.58;  Claim# ; Filed: $0.00 | 5300-000 | | | 0.00 |
| | | | Dividend paid 100.00%   9.02 on $9.02;  Claim# ; Filed: $0.00 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00%   38.58 on $38.58;  Claim# ; Filed: $0.00 | 5800-000 | | | 0.00 |
| 10/22/19 | 127 | Snider Leasing Corp. | Dividend paid 15.30% on $15,284.87; Claim# 4; Filed: $15,284.87  Stopped: check issued on 07/10/19 | 7100-000 | | -2,339.82 | 2,339.82 |
| 10/23/19 | | Transfer to United Bank Account | Transition transfer | 9999-000 | -2,339.82 | | 0.00 |
| | | | ACCOUNT TOTALS | | 101,496.40 | 101,496.40 | $0.00 |
| | | | Less: Bank Transfers | | -2,339.82 | 0.00 | |
| | | | Subtotal | | 103,836.22 | 101,496.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $103,836.22 | $101,496.40 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| **Case Number:** | 18-50871 | | **Trustee:** | Christina W. Lovato (480026) |
| **Case Name:** | RENO TAHOE DELIVERY INC. | | **Bank Name:** | United Bank |
| | | | **Account:** | ********3810 - Checking Account |
| **Taxpayer ID #:** | **-***6344 | | **Blanket Bond:** | $31,000,000.00  (per case limit) |
| **Period Ending:** | 04/08/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/08/2020 04:45 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| **Case Number:** | 18-50871 | | **Trustee:** | Christina W. Lovato (480026) |
|---|---|---|---|---|
| **Case Name:** | RENO TAHOE DELIVERY INC. | | **Bank Name:** | United Bank |
| | | | **Account:** | ********6950 - Checking Account |
| **Taxpayer ID #:** | **-***6344 | | **Blanket Bond:** | $31,000,000.00  (per case limit) |
| **Period Ending:** | 04/08/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/23/19 | | Transfer from 0061 to 6950 | Transfer from 0061 to 6950 | 9999-000 | 2,339.82 | | 2,339.82 |
| 10/24/19 | 101 | Snider Leasing Corp. | Re-issued check; Dividend paid  15.30% on $15,284.87; Claim# 4; Filed: $15,284.87 | 7100-000 | | 2,339.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,339.82 | 2,339.82 | $0.00 |
| | | | Less: Bank Transfers | | 2,339.82 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,339.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,339.82** | |

| | |
|---|---|
| Net Receipts : | 103,836.22 |
| Plus Gross Adjustments : | 14,621.10 |
| Net Estate : | $118,457.32 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7566** | 103,836.22 | 101,496.40 | 0.00 |
| **Checking # ********3810** | 0.00 | 0.00 | 0.00 |
| **Checking # ********6950** | 0.00 | 2,339.82 | 0.00 |
| | $103,836.22 | $103,836.22 | $0.00 |

{} Asset reference(s)